UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-55-T-17AAS

ANTHONY BILAU
_____/

## THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) Amanda Bilau
(ADDRESS) 603 Washington Avenue, Oldsmar, Florida
(TELEPHONE NUMBER) 402-690-5267

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

*Amanda Bilau*
Signature of Custodian

## ACKNOWLEDGMENT BY DEFENDANT

I, Anthony Bilau, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition of fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

*Anthony B.*                                     603 Washington Avenue
Signature of Defendant                           Address

813-293-8231                                     Oldsmar, Florida
Telephone Number                                 City, State, Zip

**RELEASE ORDERED:**

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2017